## McINTOSH v. WINDHAM.
(Decided June 13, 1913.)

APPEAL from Coffee Circuit Court.
Heard before Hon. H. A. PEARCE.
No counsel marked for either party.
Per curiam.　Affirmed on certificate.

## METROPOLITAN L. I. CO. v. MARSHALL.
(Decided November 21, 1913.)

APPEAL from Birmingham City Court.
Heard before Hon. H. A. Sharpe.
No counsel marked for either party.
Per curiam.　Appeal dismissed.

## NEVILLE v. THE STATE.
(Decided June 5, 1913.)

APPEAL from Morgan Circuit Court.
Heard before Hon. D. W. SPEAKE.
C. L. PRICE, for appellant.　R. C. BRICKELL, Attorney General, for the State.
Per curiam.　Dismissed by appellant.

## NORDENBERG v. HOLSTEIN.
(Decided April 23, 1913.)

APPEAL from Cullman Chancery Court.
Heard before Hon. W. H. SIMPSON.
No counsel marked for appellant.　J. B. BROWN, for appellee.
Per curiam.　Appeal dismissed.